W. H. WESTERVELT & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. July 18, 1906.)

No. 3,932.

CUSTOMS DUTIES—CLASSIFICATION—FRUIT BOXES.

In showing that fruit boxes are entitled to classification under Tariff Act July 24, 1897, c. 11, § 1, Schedule D, par. 205, 30 Stat. 168 [U. S. Comp. St. 1901, p. 1647], as being made from reimported shooks, it is not enough to establish a probability that many of the boxes were of such origin. There must be definite evidence as to the quantity in each importation entitled to such classification.

On application for Review of a Decision of the Board of United States General Appraisers.

For decision below, see G. A. 5,932 (T. D. 26,066), affirming the assessment of duty by the collector of customs at the port of New York.

The merchandise in controversy was claimed by the importers to be within the following provision in Tariff Act July 24, 1897, c. 11, § 1, Schedule D, par. 205, 30 Stat. 168 [U. S. Comp. St. 1901, p. 1647]: "The thin wood, so called, comprising the sides, tops and bottoms of orange and lemon boxes of the growth and manufacture of the United States, exported as orange and lemon box shooks, may be reimported in completed form, filled with oranges and lemons, by the payment of duty at one-half the rate imposed on similar boxes of entirely foreign growth and manufacture." The Board of General Appraisers found that the boxes were a mixed lot; that some were of the kind described in the provision quoted, but that "a substantial quantity of the shooks covered by these various importations were in part of foreign manufacture including all or portions of the sides, tops and bottoms of the articles." The Board held that the onus was on the importer to prove the character of the importations (U. S. v. Ranlett, 172 U. S. 133, 19 Sup. Ct. 114, 43 L. Ed. 393), and that, there being no satisfactory evidence which would justify disturbing the collector's assessment of duty, the importers' contentions must be overruled.

Comstock & Washburn (Albert H. Washburn, of counsel), for importers.

D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge (after stating the facts). The question here relates to the half-rate duty on exported orange and lemon box shooks, reimported in completed form filled with oranges and lemons, under paragraph 205 of the act of 1897 (Act July 24, 1897, c. 11, § 1, Schedule D, 30 Stat. 168 [U. S. Comp. St. 1901, p. 1647]). Many of the boxes of these importations were classified as reimported shook, but the importers claim that not enough were. The Board in a full opinion was unable to find that there were any more that should be so classified than were so classified. The evidence taken in this court shows a probability that many such boxes coming from those places would be made of reimported shooks; but each importation must stand as to any definite quantity of these importations that should have been classified as reimportations, and were not. The decision of the Board therefore appears to be right.

Decision affirmed.